No. 00–842. BRADNEY ET AL. v. E. I. DU PONT DE NEMOURS & COMPANY PENSION RETIREMENT PLAN ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–819. CORPORATION COUNSEL OF THE CITY OF NEW YORK v. ERIK M. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 00–874. MATTHEWS v. HOWARD COUNTY, MARYLAND, ET AL. C. A. 4th Cir. Motion of Center for Equal Opportunity et al. for leave to file a brief as amici curiae granted. Certiorari denied.

No. 00–880. BARNES v. MCDONALD'S CORP. C. A. 8th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–7146. LAU v. MEDDAUGH ET AL. C. A. 2d Cir. Certiorari before judgment denied.